# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Tami Catherine McHugh, | ) | |
| | ) | Bankruptcy Case: 09-35688 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Joel Levin, | ) | Adv. No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jacqueline P. Cox |
| v. | ) | |
| | ) | |
| Tami Catherine McHugh, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Now comes Joel Levin, by his attorney Neil Gantz and states as follows:

1. Plaintiff, Joel Levin, an attorney, is a creditor of the Defendant, Tami Catherine McHugh, in the amount of $20,000.00, as ordered by the Circuit Court of Cook County, in case numbered 07 D 010110 entitled McHugh v. McHugh.

2. Joel Levin, Plaintiff herein, is a member of the Family Law Bar in Cook County Illinois and has practiced family law for many years.

3. That the said Joel Levin was appointed by the Court as the children's representative for the two children of the Defendant in the above matter.

4. That the said child representative spent numerous hours in said capacity as the children representative.

5. This adversary proceeding is being brought in connection with Defendant's case under Chapter 7 of title 11, Case No. 09-35688 now pending in Court. This Court had jurisdiction over this adversary proceeding pursuant to 28 U.S.C. 157, 1334. and 11 U.S.C. #523. This is a case proceeding under 28 U.S.C. 157 (b)(2)(I).

6. There is now due and owing by the Defendant to the Plaintiff the sum of $20,000.00 as and for fees as ordered by the above court for his work with regards to custody, child support, visitation and other matters concerning the Defendant's two children, the said Plaintiff represented in connection with Dissolution of Marriage, and that said amount is nondischargeable.

Wherefore, Plaintiff, Joel Levin, Esq. prays that this court determine the obligation of the Defendant to him to be nondischargeable under 11 U.S.C. 523 (a)(5) & (15), that judgment be entered against the Defendant for the sum if $20,000.00 in favor of the Plaintiff and for such other relief as this Court deems just.

DATED: _____

Joel J. Levin,

By: _____
His Attorney

Neil P. Gantz
105 West Madison Street
Suite 901
Chicago, IL 60602
Tel: (312)726-4880
Fax: (312)236-6999
Email: neilgantz@yahoo.com
Attorney No. 0911135